UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA SCHAIBLE,

       Plaintiff,                              Civil Action No. 16-cv-12723

v                                                      HON. MARK A. GOLDSMITH

MEMBERSELECT INSURANCE
COMPANY, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL

On September 17, 2016, Plaintiff filed a notice of dismissal with the Court (Dkt. 6). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because Defendants have not yet served an answer or motion for summary judgment, and because the notice of dismissal is silent regarding prejudice, the Court hereby orders the instant action dismissed without prejudice.

SO ORDERED.

Dated: September 20, 2016        s/Mark A. Goldsmith
      Detroit, Michigan            MARK A. GOLDSMITH
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 20, 2016.

                                                            s/Karri Sandusky
                                                            Case Manager